**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EFRAIN IBARRA,             ) NO. CV 11-04359 SVW (SS)
                           )
             Petitioner,  )
                           )
        v.             )      **JUDGMENT**
                           )
RAUL LOPEZ, Acting Warden,  )
                           )
             Respondent.  )
_____ )

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:   June 7, 2012

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE